```
STEPHANIE YONEKURA
Acting United States Attorney                    Lift Stay
ROBERT E. DUGDALE
Assistant United States Attorney                   JS-6
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (Cal. Bar No. 274184)
Assistant United States Attorney
ASSET FORFEITURE Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3391
     Facsimile: (213) 894-7177
     E-mail:    john.kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>$776,670.00 PREVIOUSLY CONTAINED IN BANK OF AMERICA,<br><br>      Defendant.<br>_____<br>JUNG MIN SHIN AND HEEBOK SHIN,<br>      Claimants. | No. CV 14-06314 RGK (SHx)<br><br>[PROPOSED]<br>CONSENT JUDGMENT |

The United States of America ("Plaintiff") filed a Complaint in this matter on July 3, 2013, and notice was given and published in accordance with law. Jung Min Shin and Heebok Shin ("Claimants"), the sole owners of Shin's Trading Company, Inc., filed a timely claim on behalf of Shin's Trading Company, Inc., from which corporate bank account defendant $776,670.00 in funds ("Defendant Funds") was

seized. No other claims have been filed, and the time for filing claims has expired.

Plaintiff and Claimants have reached an agreement that is dispositive of the entire action, and the parties now stipulate and request that judgment be entered on the following terms.

The Court has reviewed the stipulation and request of the parties to enter judgment and, good cause appearing therefor, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. This Court has jurisdiction over Plaintiff, Defendant Funds, Claimants, and the subject matter of this action.

2. Notice of this action has been given in accordance with law, and other than Claimants, all potential claimants to Defendant Funds are deemed to have admitted the allegations of the Complaint. The allegations set forth in the Complaint are sufficient to establish a basis for forfeiture.

3. Promptly after entry of this judgment, Defendant Funds shall be paid to the client trust account ("IOLTA") maintained by Claimants' attorney, David Paek, of the Law Offices of David Paek.

4. Plaintiff, the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, Internal Revenue Service, Department of Homeland Security, and local or state law enforcement officers cross-designated as agents of the United States, are released from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest that may be asserted on behalf of Claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

//

5. The Court finds that there was reasonable cause for the seizure of Defendant Funds and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

IT IS SO ORDERED

DATED: December 17, 2014

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


_____/s/_____
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA